STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd., Rm 6-100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2000

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR00-00260 DAE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| v. | ) | [18 U.S.C. § 2113(a)] |
| | ) | |
| TONY McCALL, | ) | |
| aka TONY RUSSO, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about June 12, 2000, in the District of Hawaii, defendant TONY McCALL aka TONY RUSSO, did by intimidation, take from the person and presence of another money belonging to, and

in the care, custody, control, management, and possession of International Savings and Loan a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: June 21, 2000, Honolulu, Hawaii.

A TRUE BILL

/s/

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First
Assistant U.S. Attorney

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Tony McCall aka Tony Russo
CR. No.
"Indictment"